# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2051

_____

ASHISH SANON, M.D.,

  Appellant,

v.

DEPARTMENT OF HEALTH,

  Appellee.

_____

On appeal from the Department of Health.
Michele Tallent, Deputy Secretary for Operations.

August 27, 2019

PER CURIAM.

  AFFIRMED.

WOLF, LEWIS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tina E. Dunsford of LDL Law, Tampa, for Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Prosecution Services Unit, Tallahassee, for Appellee.